■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SZITANYI, Appellant.— Judgment of conviction unanimously affirmed. The record reveals that the defendant has filed a notice of claim against the city for the injuries he allegedly sustained. It should be noted that our affirmance of the judgment of conviction constitutes no determination of the merits of the defendant's claim or the city's defense thereto. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.